NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

EDWARDS TRANSPORTATION COM-
PANY, Respondent.

No. 71–1771
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 1971.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., Charles M. Paschal, Jr., Director, Region 15, N.L.R.B., New Orleans, La., Eugene G. Goslee, Acting Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Robert E. Williams, Atty., N.L.R.B., Washington, D. C., for petitioner.

John E. McFall, Kullman, Lang, Keenan, Inman & Bee, New Orleans, La., for respondent.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Enforced: See Local Rule 21.[1]

---

John J. PEPITONE, Appellant,

v.

STATE OF CALIFORNIA et al.,
Appellees.

No. 25958.

United States Court of Appeals,
Ninth Circuit.

Sept. 30, 1971.

John J. Pepitone, in pro. per.

Evelle J. Younger, Cal. Atty. Gen., Albert W. Harris, Jr., Asst. Atty. Gen., Robert R. Granucci, Deputy Atty. Gen., San Francisco, Cal., for appellees.

Before HAMLEY, KOELSCH, and CARTER, Circuit Judges.

PER CURIAM:

Appellant, convicted and sentenced for burglary and attempted burglary in the state court, appeals from a denial of his petition for a writ of habeas corpus in the district court.

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.